GREGORY P. JOSEPH LAW OFFICES LLC

485 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017
(212) 407-1200
WWW.JOSEPHNYC.COM

GREGORY P. JOSEPH
DIRECT DIAL: (212) 407-1210
DIRECT FAX: (212) 407-1280
EMAIL: gjoseph@josephnyc.com

FACSIMILE
(212) 407-1299

September 13, 2013

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Citibank, N.A. v. Barclays Bank, PLC*, No. 13-cv-3063 (S.D.N.Y.)

Dear Judge Schofield:

    We represent Citibank, N.A. ("Citibank") in the above-referenced case. Pursuant to Rule III.B.7 of Your Honor's Individual Rules and Procedures for Civil Cases, we write, with consent of counsel for Barclays Bank, PLC ("Barclays"), to jointly request oral argument on Barclays' Motion for Partial Summary Judgment (ECF No. 33) and Citibank's Cross-Motion for Partial Summary Judgment (ECF No. 47).

                                             Respectfully submitted,

                                             Gregory P. Joseph