February 20, 2014

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

      Re: *Citibank, N.A. v. Barclays Bank, PLC*, **Case 1:13-cv-3063-LGS**

Dear Judge Schofield:

      The parties jointly submit this letter to advise the Court that they have reached an agreement in principle to resolve the case. Based on discussions with chambers this morning, we understand that no appearance at the status conference scheduled for 11:45 a.m. today is necessary. We also understand that the Court will issue a 30-day order following receipt of this letter, pending documentation of the settlement.

      Thank you for the Court's time and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Gregory P. Joseph* | */s/ Jonathan D. Schiller* |
| Gregory P. Joseph | Jonathan D. Schiller |
| JOSEPH HAGE AARONSON LLC | BOIES, SCHILLER & FLEXNER LLP |
| 485 Lexington Avenue, 30th Floor | 575 Lexington Avenue |
| New York, New York 10017 | New York, New York 10022 |
| | |
| *Counsel for Plaintiff Citibank, N.A.* | *Counsel for Defendant Barclays Bank PLC* |